# EXHIBIT A

a. APPROXIMATELY 0.1757239 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 77119125;

b. APPROXIMATELY 0.00712413 BINANCE COIN (BNB) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 77119125;

c. APPROXIMATELY 3.92991836 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 126431418;

d. APPROXIMATELY 0.06788828 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 177870794;

e. APPROXIMATELY 1970.571 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 177870794;

f. APPROXIMATELY 0.70588824 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 46381766;

g. APPROXIMATELY 3.31157134 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 184735647;

h. APPROXIMATELY 22217.82798396 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 184735647

i. APPROXIMATELY 8.95703037 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 89843434;

j. APPROXIMATELY 0.02153058 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 90063455;

k. APPROXIMATELY 1.09286853 BINANCE COIN (BNB) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 90063455;

l. APPROXIMATELY 246.054 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 90063455;

m. APPROXIMATELY 806.63880297 DOGECOIN (DOGE) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 90063455;

n. APPROXIMATELY 109.18 CARDANO (ADA) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 90063455;

o. APPROXIMATELY 1.15642804 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 110720525;

p. APPROXIMATELY 794.142 DOGECOIN (DOGE) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 110720525;

q. APPROXIMATELY 1914.02 VECHAIN (VET) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 110720525;

r. APPROXIMATELY 0.00241832 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 38246708;

s. APPROXIMATELY 0.00002557 BINANCE COIN (BNB) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 38246708

t. APPROXIMATELY 0.00349 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 10851856;

u. APPROXIMATELY 233.76 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 10851856;

v. APPROXIMATELY 0.00046212 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 214062148;

w. APPROXIMATELY 1531749.77598463 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 214062148;

x. APPROXIMATELY 0.0020274 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 37112946;

y. APPROXIMATELY 40002.541 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 66161377;

z. APPROXIMATELY 0.00000782 BINANCE COIN (BNB) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 66161377;

aa. APPROXIMATELY 0.24538483 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 166730652;

bb. APPROXIMATELY 1744.723 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 166730652

cc. APPROXIMATELY 2652.726 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 10876619;

dd. APPROXIMATELY 0.006 BINANCE COIN (BNB) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 10876619;

ee. APPROXIMATELY 5.431 CORTEX FORMERLY CONTAINED IN BINANCE ACCOUNT ID 10876619;

ff. APPROXIMATELY 750893.53561511 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 145203723;

gg. 0.00116215 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 40782626;

hh. 57.21356 ONTOLOGY GAS (ONG) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 40782626;

ii. 0.00059808 BITCOIN CASH (BCH) CONTAINED IN BINANCE ACCOUNT ID 40782626;

jj. 98.326575 ELLIPSIS (EPS) CONTAINED IN BINANCE ACCOUNT ID 40782626;

kk. 1180.84797 LINEAR (LINA) CONTAINED IN BINANCE ACCOUNT ID 40782626;

ll. 435.35619 ALIEN WORLDS (TLM) CONTAINED IN BINANCE ACCOUNT ID 40782626;

mm. 111.51021 UTRUST (UTK) CONTAINED IN BINANCE ACCOUNT ID 40782626;

nn. 52.86708 WALTONCHAIN (WTC) CONTAINED IN BINANCE ACCOUNT ID 40782626;

oo. 947.98543792 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 40782626;

pp. 0.04442009 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 64959391;

qq. 906.98392155 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 64959391;

rr. 0.27452165 BINANCE COIN (BNB) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 64959391;

ss. 0.01100913 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 37516098;

tt. 29.99998728 TETHER (USDT) FORMERLY CONTAINED IN BINANCE

        ACCOUNT ID 37516098;

uu.   1001255.06378356 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 113476746;

vv.   APPROXIMATELY 8700 DOGECOIN (DOGE) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 113476746;

ww.   APPROXIMATELY 1611.00063 RIPPLE FORMERLY CONTAINED IN BINANCE ACCOUNT ID 113476746;

xx.   APPROXIMATELY 0.02132642 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 113476746;

yy.   APPROXIMATELY 0.00795835 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 91345082;

zz.   APPROXIMATELY 268.65 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 91345082;

aaa.   APPROXIMATELY 0.19282452 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 41226929;

bbb.   APPROXIMATELY 700.16 TETHER (USDT) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 41226929;

ccc.   APPROXIMATELY 0.12754615 ETHEREUM (ETH) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 41226929;

ddd.   APPROXIMATELY 0.25499906 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 56577372;

eee.   APPROXIMATELY 0. 0.2277162 BINANCE COIN (BNB) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 56577372;

fff.   APPROXIMATELY 0.00080582 ETHEREUM (ETH) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 56577372;

ggg.   APPROXIMATELY 1.5816 BINANCE USD (BUSD) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 56577372; and

hhh.   APPROXIMATELY 0.27997949 BITCOIN (BTC) FORMERLY CONTAINED IN BINANCE ACCOUNT ID 148017544

(a. through hhh., collectively, the "Defendants-*in-rem*")