UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
                 Plaintiff,                              :
:
  -v-                                                             :
:    24 Civ. 3894 (JPC)
ALL ASSETS FORMERLY CONTAINED IN                                  :
CERTAIN BINANCE ACCOUNTS SEIZED BY THE                            :    ORDER
GOVERNMENT ON OR ABOUT FEBRUARY 15,                               :
2022 AND ALL FUNDS TRACEABLE THERETO TO                           :
EACH LISTED ACCOUNT, INCLUDING ACCRUED                            :
INTEREST,                                                         :
:
                Defendants-*in-rem*.                     :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Complaint in this matter was filed on May 20, 2024. Dkt. 1. The Government shall file a letter describing the status of this action and anticipated next steps by September 26, 2024.

      SO ORDERED.

Dated: September 11, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge