UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
Plaintiff,                      :
:
-v-                               :
:                    24 Civ. 3894 (JPC)
ALL ASSETS FORMERLY CONTAINED IN               :
CERTAIN BINANCE ACCOUNTS SEIZED BY THE        :                       ORDER
GOVERNMENT ON OR ABOUT FEBRUARY 15,           :
2022 AND ALL FUNDS TRACEABLE THERETO TO        :
EACH LISTED ACCOUNT, INCLUDING ACCRUED        :
INTEREST,                                             :
:
Defendants-*in-rem*.          :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 19, 2024, the Court so ordered a stipulation between the Government,

Santiago Communities, Inc., and Journey Medical Corporation. Dkt. 5. By January 13, 2025, the

Government shall file a letter describing the status of this action, including whether the

cryptocurrency shares referenced in that stipulation have been returned to Santiago Communities,

Inc., and Journey Medical Corporation, and advising whether any further matters remain in this

litigation.

SO ORDERED.

Dated: January 3, 2025
New York, New York                    _____
JOHN P. CRONAN
United States District Judge